DOMESTIC FABRICS COR-
PORATION, Plaintiff–
Cross Appellant,

v.

SEARS, ROEBUCK & CO.,
Defendant–Appellant.

No. 04–1051, 04–1095.

United States Court of Appeals,
Federal Circuit.

March 10, 2004.

ORDER

Cross–Appellant having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-

**410**

CALLED, and the notice of cross-appeal is REINSTATED.